PAM BASSEL STANDING CHAPTER 13 TRUSTEE
860 W Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:                                                                                         CASE NO.:22-41001-MXM-13

**EDDIE DEAN LEWIS**
    6537 SPRING RIVER LN
    NORTH RICHLAND HILLS, TX 76180
    SSN/TIN: XXX-XX-5351

**DEBTOR**

## TRUSTEE'S NOTICE OF INTENT TO
## CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR NO FIRST PLAN PAYMENT

After seven days from June 02, 2022, Trustee will certify this case for dismissal because Debtor did not timely pay the first Plan Payment to Trustee within thirty days of filing the Petition. To prevent dismissal, Debtor's first Plan Payment must be received by 4:00 PM on June 09, 2022. FAILURE TO TIMELY CURE THE DELINQUENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

Respectfully submitted,

By:     /s/ Ethan S. Cartwright
          Ethan S. Cartwright, Staff Attorney
          Bar No. 24068273
          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
          Bar No. 01344800
          860 Airport Freeway, Ste 150
          Hurst, TX 76054
          (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
          Ethan S. Cartwright

EDDIE DEAN LEWIS
6537 SPRING RIVER LN
NORTH RICHLAND HILLS, TX 76180