Mark B. French
State Bar No. 07440600
Law Office of Mark B. French
1901 Central Drive, Suite 700
Bedford, Texas 76021
(817) 268-0505
mark@markfrenchlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 22-41001-MXM-13 |
| **EDDIE DEAN LEWIS** | **CHAPTER 13** |
| 6537 Spring River Lane | |
| North Richland Hills, TX 76180 | |
| SSN/TIN: XXX-XX-5351 | |
| **DEBTOR** | HEARING DATE: <u>November 21st, 2024 at 8:30 AM</u> |

**DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

*PLAN MODIFICATION* DATE: <u>October 9th, 2024</u>

**DISCLOSURES**

[ ]   This *Plan Modification* contains *Nonstandard Provisions* listed in Section IX.
[X]   This *Plan Modification* does not contain *Nonstandard Provisions* listed in Section IX.

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE U.S. BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS ON November 6th, 2024, WHICH IS AT LEAST 28 DAYS FROM THE DATE SERVED. ANY OBJECTION SHALL BE IN WRITING AND FILED WITH THE CLERK. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THIS MODIFICATION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER APPROVING IT.

UNLESS OTHERWISE SET OUT IN THIS *PLAN MODIFICATION*, ALL PROVISIONS, SCHEDULED AMOUNTS, VALUATIONS, INTEREST RATES, MONTHLY PAYMENT AMOUNTS, AND ASSUMPTIONS OR REJECTIONS OF UNEXPIRED LEASES OR EXECUTORY CONTRACTS ("TERMS") ARE NOT MODIFIED AND SHALL REMAIN AS SET FORTH IN THE CHAPTER 13 *PLAN,* THE ORDER CONFIRMING THE CHAPTER 13 *PLAN*, THE ORDER APPROVING THE *TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS*, OR AN ORDER APPROVING A PRIOR MODIFICATION OF THE CHAPTER 13 *PLAN*, WHICHEVER WAS ENTERED LATER. ALL TERMS SHALL BE INCORPORATED IN AND CONSTITUTE PROVISIONS OF THIS *PLAN MODIFICATION*. ALL PARTIES SHALL BE BOUND BY THE TERMS OF THIS *PLAN MODIFICATION* UNLESS DISAPPROVED. LANGUAGE IN ITALICIZED TYPE IN THIS *PLAN MODIFICATION* IS DEFINED IN GENERAL ORDER <u>2021-05</u> STANDING ORDER CONCERNING CHAPTER 13 CASES AND AS IT MAY BE SUPERSEDED OR AMENDED ("GENERAL ORDER"). ALL PROVISIONS OF THE GENERAL ORDER SHALL APPLY TO THIS *PLAN MODIFICATION* AS IF FULLY SET OUT HEREIN.

Pursuant to 11 U.S.C. §1329 *Debtor* requests the following modification(s) to the *Debtor's* Chapter 13 *Plan*.

**I.    REASON(S) FOR MODIFICATION**

X_____1. Cure *Plan* arrears to the *Trustee.*
_____2. Provide for or modify treatment of a Secured (paragraph V) and/or Priority (paragraph VI) claim.
_____3. Provide for payment to the *Mortgage Lender* through the *Conduit Program* (paragraph III).
_____4. Cure any post-petition *Mortgage Arrearage* (paragraph IV).
_____5. Make *Plan* sufficient based on allowed claims.
_____6. Modify the Unsecured Creditors' Pool from $_____ to $_____.
_____7. Modify the value of non-exempt property from $_____ to $_____.
_____8. Supersede an Interlocutory Order (Docket #_).
X_____9. Allow Debtor's counsel's fees for this modification (paragraph VII).
_____10. Other:

**II.    NEW *PLAN PAYMENT* TO *TRUSTEE* AMOUNT AND TERM**

DATE OF CALCULATION:    October 9, 2024

TOTAL PAID IN*:    $163,280.00

NUMBER OF MONTHS SINCE PETITION DATE: 30

*Provide the total amount paid to the *Trustee* as of the Date of Calculation less any refunds by the Trustee to the *Debtor*.

The *Plan Payment(s)* to the *Trustee* shall be changed to:

| Start Date for Payments under Modification** (MM/DD/YY) | Number of Periods | *Plan Payment* Monthly Amount |
|---|---|---|
| 11/1/2024 | 30 | $7,525.00 |

NEW *BASE AMOUNT*: $389,030.00

***DEBTOR'S* NEW *PLAN PAYMENT* START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION* AND MUST BE THE SAME DAY OF THE MONTH THAT THE *DEBTOR'S PLAN PAYMENT* IS DUE UNDER THE CONFIRMED *PLAN*.

**III.    CURRENT POST-PETITION MORTGAGE PAYMENTS TO BE DISBURSED BY THE *TRUSTEE***

| *Mortgage Lender* | Current Mortgage Payment Amount | Date to Resume *Current Post-Petition Mortgage Payments** (MM/DD/YY) |
|---|---|---|
| NA | | |
| | | |

*IF THE *DEBTOR* DOES NOT INCLUDE A DATE TO RESUME THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* IN A CASE THAT IS A CONDUIT CASE AT THE TIME THIS *PLAN MODIFICATION* IS FILED, THE DATE TO RESUME DISBURSING THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* SHALL BE THE FIRST DAY OF THE SECOND MONTH FOLLOWING THE START DATE OF THE FIRST *PLAN PAYMENT* UNDER

THIS *PLAN MODIFICATION*.

1. *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph III of this *Plan Modification* or as otherwise provided in the General Order.
2. *Current Post-Petition Mortgage Payment* Arrearages due as of the date to resume the *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph IV of this *Plan Modification* or as otherwise provided in the General Order.
3. Any *Current Post-Petition Mortgage Payments* indicated herein reflects what the *Debtor* believes are the periodic payment amounts owed to the *Mortgage Lender*.
4. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order Paragraph 15(c)(3).
5. Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.
6. Upon completion of all *Plan Payments*, *Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.
7. Unless otherwise ordered by the Court, if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s) due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.
8. Each claim secured by the *Debtor's* principal place of residence shall constitute a separate class.
9. *Mortgage Lenders* shall retain their liens.

## IV. PROVIDE FOR ANY POST-PETITION *MORTGAGE ARREARAGE*

| *Mortgage Lender* | Total Amount of Post-Petition *Mortgage Arrearage* | Due Date(s) (MM/DD/YY) | Interest Rate | Treatment ($/Mo or Pro Rata) |
|---|---|---|---|---|
| NA | | | | |
| | | | | |

The Post-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification.* To the extent interest is provided, it will be calculated from the first day of the month that an order is entered approving this *Plan Modification*.

ANY CURRENT POST-PETITION *MORTGAGE PAYMENTS* WHICH HAVE BECOME DUE TO THE *MORTGAGE LENDER* AS OF THE TIME OF THE DATE TO RESUME *CURRENT POST-PETITION MORTGAGE PAYMENTS* UNDER THIS *PLAN MODIFICATION* WILL BE CLASSIFIED AS A POST-PETITION *MORTGAGE ARREARAGE*. IF DESIGNATED TO BE PAID PER-MO, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 5 CLAIM UNDER THE ORDER OF PAYMENT. IF DESIGNATED TO BE PAID PRO-RATA, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 6 CLAIM UNDER THE ORDER OF PAYMENT

## V. PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS

| Creditor Name | Claim Amount | Collateral Description | Value of Collateral | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|---|---|
| NA | | | | | |
| | | | | | |

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by any *Surrendered Collateral* (Surr), without further order of the court, pursuant to the General Order.

## VI. PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS

| Creditor Name | Claim Amount | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|
| NA | | | |
| | | | |

## VII. *DEBTOR'S COUNSEL'S* FEE FOR THIS MODIFICATION

| Total Amount of Fee | Amount of Fee Paid Direct | Amount of Fee to Be Disbursed by *Trustee* |
|---|---|---|
| $650.00 | $0.00 | $650.00 |

Any additional attorney fee to be disbursed by the *Trustee* will be paid as set out in the Order of Payment.

## VIII. ORDER OF PAYMENT

Unless otherwise ordered by the Court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an Order of Confirmation of the Chapter 13 *Plan*, whether pursuant to this *Plan Modification* or a further modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized. Each numbered paragraph below is a level of payment. All disbursements which are in a specified monthly amount are referred to as "per mo." At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis. Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

1st – Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees will be paid in full.
2nd – *Current Post-Petition Mortgage Payments* (as adjusted, if necessary, per General Order) which will be paid per mo.
3rd – Secured Creditors designated to be paid per mo and Domestic Support Obligations which will be paid per mo.
4th – Attorney Fees which will be paid pro-rata.
5th – Post-Petition *Mortgage Arrearage* if designated to be paid per mo. 6th – Post-Petition *Mortgage Arrearage* if designated to be paid pro-rata.
7th – Arrearages owed on Executory Contracts and Unexpired Leases which will be paid per mo. 8th – Pre-Petition *Mortgage Arrearage* if designated to be paid per mo.
9th – Pre-Petition *Mortgage Arrearage* and Secured Creditors if designated to be paid pro-rata.
10th – All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges* which will be paid pro-rata. 11th – Priority Creditors Other than Domestic Support Obligations which will be paid pro-rata.
12th – Special Class Creditors which will be paid per mo.
13th – Unsecured Creditors other than late filed or penalty claims which will be paid pro-rata.
14th – Late filed claims by Secured Creditors which will be paid pro-rata unless otherwise ordered by the Court. 15th – Late filed claims for DSO or filed by Priority Creditors which will be paid pro-rata.
16th – Late filed claims by Unsecured Creditors which will be paid pro-rata.
17th – Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages,

expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims which will be paid pro-rata.

## IX. NONSTANDARD PROVISIONS

Any *Nonstandard Provisions* will be void unless the appropriate box on page one of this *Plan Modification* is checked. The following *Nonstandard Provisions*, if any, constitute terms of this Plan. Any *Nonstandard Provision* placed elsewhere in the *Plan Modification* is void.

None

Date: October 9, 2024

                                                  Respectfully submitted,

By: /s/ Mark B. French
MARK B. FRENCH
State Bar No. 07440600

Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, Texas 76021
(817) 268-0505- Telephone
(817) 796-1396- Facsimile
mark@markfrenchlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION (dated October 9, 2024) was served upon the Debtor(s) and the parties on the attached matrix by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk on all other parties entitled to electronic notice on the date of filing hereof.

Date Served: October 9, 2024

By: /s/ Mark B. French
MARK B. FRENCH

```
Label Matrix for local noticing          Bridgecrest Acceptance Corporation, c/o AIS   Bridgecrest Credit Company
0539-4                                   4515 N Santa Fe Ave. Dept. APS                c/o Quilling, Selander, et al
Case 22-41001-mxm13                      Oklahoma City, OK 73118-7901                  2001 Bryan Street
Northern District of Texas                                                             Suite 1800
Ft. Worth                                                                              Dallas, TX 75201-3070
Wed Oct  9 16:39:25 CDT 2024

Bridgecrest Credit Company, LLC as Servicer   Caliber Home Loans, Inc.                 Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS                75 Beattie Place, Suite 300              4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901                  Greenville, SC 29601-2138                Oklahoma City, OK 73118-7901


Carvana, LLC                             City of Fort Worth                            Tarrant County
4515 N Santa Fe Ave. Dept. APS           200 Texas Street                              Linebarger Goggan Blair & Sampson, LLP
Oklahoma City, OK 73118-7901             Fort Worth, TX 76102-6314                     c/o Lisa Large Evans
                                                                                       2777 N. Stemmons Freeway
                                                                                       Suite 1000
                                                                                       Dallas, TX 75207-2328

501 W. Tenth Street                      Ad Astra Recovery                             Adam Wilk
Fort Worth, TX 76102-3637                7330 West 33rd Street North                   c/o Rathbone Group, LLC
                                         Suite 118                                     1250 Granger Road
                                         Wichita, KS 67205-9370                        Brooklyn Heights, OH 44131-1234


Affirm, Inc.                             BRACKETT & ELLIS                              Bonds Ellis Eppich Schafer Jones LLP
Attn: Bankruptcy                         100 MAIN STREET                               420 Throckmorton Street
30 Isabella St, Floor 4                  FORT WORTH   TX 76102-3008                    Suite 1000
Pittsburgh, PA 15212-5862                                                              Fort Worth, Texas 76102-3727


Brent Martinelli                         Bridgecrest Acceptance Corporation            Brown-Campbell Company
1700 Pacific Ave                         AIS Portfolio Services, LP                    11800 Investment Drive
Suite 4545                               4515 N Santa Fe Ave. Dept. APS                Shelby Twp. MI 48315-1794
Dallas, TX 75201-4641                    Oklahoma City, OK 73118-7901


CALIBER HOME LOANS, INC.                 CHEX SYSTEMS INC                              Caliber Home Loans, Inc.
ATTN: CASH OPERATIONS BK                 ATTN:  CONSUMER RELATIONS                     c/o McCarthy Holthus, LLP
PO BOX 128                               7805 HUDSON ROAD  STE 100                     1255 West 15th Street, Suite 1060
GREENVILLE, SC 29602-0128                WOODBURY  MN 55125-1595                       Plano, TX 75075-4220


Capital One                              Capital One Auto Finance                      Capital One Auto Finance, a division of
Attn: Bankruptcy                         Attn: Bankruptcy                              AIS Portfolio Services, LP
P.O. Box 30285                           7933 Preston Rd                               4515 N Santa Fe Ave. Dept. APS
Salt Lake City, UT 84130-0285            Plano, TX 75024-2302                          Oklahoma City, OK 73118-7901


Capital One Auto Finance, a division of Capi   Cavalry SPV I, LLC                      City of Fort Worth
P.O. Box 4360                            PO Box 4252                                   200 Texas Street
Houston, TX 77210-4360                   Greenwich, CT 06831-0405                      Fort Worth, Texas 76102-6314


DH Griffin of Texas, Inc                 Darrell Huffman                               FNA VI, LLC
8690 Cromwell Street                     Northeast Courthouse                          c/o CHAMBERLAIN HRDLICKA
Fort Worth, Texas 76104                  645 Grapevine Highway, Suite 110              Attn: Tara LeDay
                                         Hurst, Texas 76054-2833                       1200 Smith Street, Suite 1400
                                                                                       Houston, Texas 77002-4496
```

| | | |
|---|---|---|
| Fastenal Company<br>Attn: Legal<br>2001 Theurer Blvd<br>Winona, MN 55987-9902 | Frank W. Neal & Associates, Inc.<br>1015 W Broadwat Ave #A<br>Fort Worth, Texas 76104-1182 | Hunter-Kelsey of Texas, LLC<br>7200 N Mopac Expy<br>Suite 120<br>Austin, TX 78731-3058 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS-SBSE INSOLVENCY AREA 10<br>1100 COMMERCE STREET<br>MC 5026 DAL<br>DALLAS TX 75242-1001 |
| LINEBARGER GOGGAN BLAIR SAMPSON ET AL<br>100 THROCKMORTON<br>SUITE 300<br>FORT WORTH TX 76102-2833 | LINEBARGER HEARD ET AL<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207-2328 | Linebarger Goggan Blair & Sampson LLP<br>Attn: Josie DeLeon<br>100 Throckmorton, Suite 300<br>Fort Worth, TX 76102-2833 |
| MS DONNA K. WEBB - AUSA<br>BURNETT PLAZA, SUITE 1700<br>801 CHERRY STREET, UNIT 4<br>FORT WORTH TX 76102-6803 | PERDUE BRANDON FIELDER LLC<br>500 E. BORDER STREET, STE. 640<br>SUITE 300<br>ARLINGTON TX 76010-7457 | Patrick Daniel Sheridan<br>420 Throckmorton Street<br>Suite 1000<br>Fort Worth, Texas 76102-3727 |
| Pay Pal<br>2211 N. First St.<br>San Jose, CA 95131-2021 | Red-D-Arc Inc.<br>PO Box 734675<br>Dallas, TX 75373-4675 | Red-D-Arc Welderentals<br>Accounts Receivable Department<br>685B Lee Industrial Blvd<br>Austell, GA 30168-7434 |
| Robert E Lapin<br>Lapin & Landa LLP<br>500 Jefferson Street<br>Suite 2000<br>Houston, TX 77002-7337 | Speedy/Rapid Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 | Springtown Self Storage<br>1050 W Hwy 199<br>Springtown, TX 76082-2627 |
| Starvos & Kelly, PLLC<br>3624 North Hills Drive<br>Suite B-100<br>Austin, TX 78731-3242 | TAX DIVISION<br>US DEPARTMENT OF JUSTICE<br>717 N HARWOOD<br>SUITE 400<br>DALLAS TX 75201-6598 | Tarrant County Tax Assessor Collector<br>100 E Weatherford Street<br>Fort Worth, Texas 76196-0206 |
| Texas First Rentals, LLC<br>PO Box 650869<br>Dallas, TX 75265-0869 | UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF TEXAS<br>1100 COMMERCE STREET<br>ROOM 300<br>DALLAS TX 75242-1074 | UNITED STATES ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>RM B103<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 |
| UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS TX 75242-0996 | USAA General Indemnity Company<br>c/o Rathbone Group, LLC<br>1250 Granger Road<br>c/o Rathbone Group, LLC<br>Brooklyn Heights, OH 44131-1234 | Eddie Dean Lewis<br>6537 Spring River Lane<br>North Richland Hills, TX 76180-8057 |
| Mark B. French<br>Law Office of Mark B. French<br>1901 Central Drive Suite 704<br>Bedford, TX 76021-5857 | Pam Bassel<br>Office of The Standing Ch.13 Trustee<br>860 Airport Freeway<br>Suite 150<br>Hurst, TX 76054-3256 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FNA VI, LLC | (u)The Bank of New York Mellon, the successor | (d)CALIBER HOME LOANS, INC.<br>75 BEATTIE PLACE, SUITE 300<br>GREENVILLE, SC 29601-2138 |
| (d)Caliber Home Loans, Inc,<br>75 Beattie Place, Suite 300<br>Greenville, SC 29601-2138 | (d)Carvana, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | (d)City of Fort Worth<br>200 Texas Street<br>Fort Worth, TX 76102-6314 |
| (d)Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Lisa Large Evans<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | (d)United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     8<br>Total                  66 |