**Filed by:**
MARK B. FRENCH
State Bar No. 07440600
**Law Office of Mark B. French**
1901 Central Drive, Suite 704
Bedford, Texas 76021
Telephone: (817) 268-0505
Facsimile: (817) 796-1396
Email: mark@markfrenchlaw.com

**ATTORNEY FOR EDDIE DEAN LEWIS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. |
| | § | |
| EDDIE DEAN LEWIS | § | 22-41001-MXM-13 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### AGREED MOTION TO SUBSTITUTE COUNSEL
### FOR EDDIE DEAN LEWIS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Mark B. French moves the Court to substitute Clayton Everett as counsel for Eddie Dean Lewis ("Mr. Lewis") and in support thereof would show the following:

1.

This Court has jurisdiction pursuant to 11 U.S.C. §1334 and §157.

2.

This is a core proceeding.

3.

Mr. Lewis filed this Bankruptcy Case on May 2, 2022. The Chapter 13 Plan was confirmed (DN 71) on January 23, 2023. The Court approved the TRCC (DN 76) on April 25, 2023.

4.

Due to the undersigned's upcoming retirement, Mr. Lewis needs to acquire new Counsel. Clayton Everett, of the Norred Law Firm in Arlington has agreed to take over this Case and represent Mr. Lewis.

5.

Mr. Lewis has agreed to the transfer of his file to Clayton Everett as shown by the Authorization attached hereto as Exhibit 1.

6.

Mr. Lewis desires to hire Clayton Everett, with the Norred Law Firm, to represent him in this matter. Mr. Lewis current Counsel, Mark B. French, also agrees to the relief sought in this Motion.

WHEREFORE, Mr. Lewis requests that the Court substitute Clayton Everett, of the Norred Law Firm, for Mark B. French of the Law Office of Mark B. French, as his Counsel of Record in this matter and that he receive such other and further relief as the Court deems fair and just.

Respectfully Submitted,

/s/ Mark B. French
Mark B. French
State Bar No. 07440600
Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505
(817) 796-1396 (fax)
mark@markfrenchlaw.com (email)

**ATTORNEY FOR EDDIE DEAN LEWIS**

**CERTIFICATE OF SERVICE**

I, Mark B. French, do hereby certify that a true and correct copy of the above and foregoing Motion was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the following:

U.S. Trustee
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Pam Bassel
Chapter 13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054

Eddie Dean Lewis
6537 Spring River Lane
North Richland Hills, TX 76180

Clayton Everett
Norred Law, PLLC
515 E Border Street
Arlington, TX 76010

and any parties requesting notice via the Courts Electronic Noticing System.

/s/ Mark B. French
Mark B. French