IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. |
| | § | |
| **EDDIE DEAN LEWIS** | § | 22-41001-MXM-13 |
| | § | |
| **DEBTOR** | § | CHAPTER 13 |

### AGREED ORDER SUBSTITUTING COUNSEL
### FOR EDDIE DEAN LEWIS

(Relates to DN. 111)

Pursuant to the Agreement of Counsel shown below,

IT IS ORDERED that Clayton Everett, with the Norred Law Firm, is hereby substituted as Counsel for Eddie Dean Lewis in this matter.

IT IS FURTHER ORDERED that Mark B. French is hereby relieved as Counsel for Eddie Dean Lewis in this Matter.

### ### END OF ORDER ###

Agreed:

/s/ Mark B. French
Mark B. French
State Bar No. 07440600
Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505
(817) 796-1396 (fax)
mark@markfrenchlaw.com (email)

/s/ Clayton Everett
Clayton Everett
State Bar No. 24065212
The Norred Law Firm
515 East Border Street
Arlington, TX 76010
(817) 704-3984
(817) 524-6686 (fax)
clayton@norredlaw.com (email)