# Authorization to Transfer File

I direct Mark B. French and the Mark B. French Law Office to transition my file as follows:

(*Please indicate your choice below*)

__✓__ Transition my file to Clayton Everett with the Norred Law Firm, 515 East Border Street, Arlington, Texas 76010.-

_____ Transition my file to _____. I have spoken with this Attorney, and they have agreed to represent me in my Case.

_____ I prefer that Mr. French withdraw as my attorney and I will represent myself in this Case. **I acknowledge that Mr. French advises AGAINST choosing this option.**

Signed this _18th_ day of _November_ 2024

_Eddie Leon Lewis_
Signature

_Eddie Leon Lewis_
Printed Name