

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 21, 2025**

United States Bankruptcy Judge

___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                      CASE NO.: 22-41001-MXM-13

**EDDIE DEAN LEWIS**
6537 SPRING RIVER LN
NORTH RICHLAND HILLS, TX 76180
SSN/TIN: XXX-XX-5351

**DEBTOR**

### ORDER APPROVING MODIFIED PLAN AFTER CONFIRMATION DATED OCTOBER 9, 2024

There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed October 09, 2024. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of the Chapter 13 Plan after Confirmation should be APPROVED based on:

The Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that the Modified Plan filed October 09, 2024, be and the same is hereby APPROVED and the Plan's base shall be entirely disbursed to creditors in amounts not less than the Plan Modification's provisions in accordance with the order of payment subject to the following conditions, if any:

All other changes proposed in the plan modification remain the same.

### ### END OF ORDER ###